IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHIEF AUTOMOTIVE SYSTEMS, INC., | ) | 4:97CV3017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOHN ASTERINO d/b/a N.E. HOLDING CORP., a/k/a JOHN ASTERINO d/b/a NE BANKCO HOLDING CORP., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon the motion of Timothy L. Moll and Penny J. Berger, currently listed as counsel of record for the plaintiff, to withdraw as counsel for plaintiff. The motion recites that these attorneys are no longer involved in the matter and the plaintiff is now represented in this matter by another law firm. Counsel seeking leave to withdraw have provided proof of service on the plaintiff of their motion to withdraw. For good cause shown, I will grant the motion.

IT IS ORDERED that the motion in filing 16 is granted, and Timothy L. Moll and Penny J. Berger are authorized to withdraw as counsel for the plaintiff.

March 19, 2007

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge