IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHIEF AUTOMOTIVE SYSTEMS, INC., | ) | 4:97CV3017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOHN ASTERINO, | ) | |
| | ) | |
| Defendant. | ) | |

John Asterino called my office and left a voice mail message concerning this case. He stated that he does not have an attorney and plans to prepare and file his answer himself. He further stated he has questions regarding the case and wants to request the hearing transcript. His request for a transcript apparently has reference to a telephone conference that I conducted with Asterino and plaintiff's counsel regarding the temporary restraining order. As I told the participants, the conference was unrecorded. Accordingly,

IT IS ORDERED that:

1. Mr. Asterino's request for a transcript is denied.

2. Mr. Asterino is advised that I cannot give legal advice and I cannot have conversations with him when counsel for the plaintiff is not a participant. Mr. Asterino is further advised that if he represents himself, he must follow the rules generally applicable to lawyers.

3. The Clerk of the Court shall mail a copy of this order to the last known address of Mr. Asterino and provide normal notice to counsel of record.

March 27, 2007.                BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge