IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHIEF AUTOMOTIVE SYSTEMS, INC., | ) ) ) | 4:97CV3017 |
| Plaintiff, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| JOHN ASTERINO d/b/a N.E. HOLDING CORP., a/k/a JOHN ASTERINO d/b/a NE BANKCO HOLDING CORP., | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court upon the motion of Gregory A. Morgan to withdraw as attorney for Defendant (filing 22). For good cause shown, I find that the motion should be granted.

Accordingly,

IT IS ORDERED that the motion of Gregory A. Morgan to withdraw as attorney for Defendant (filing 22) is granted, and Mr. Morgan is authorized to withdraw as counsel.

April 18, 2007                               BY THE COURT:

                                            *s/Richard G. Kopf*
                                            United States District Judge