IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHIEF AUTOMOTIVE SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:97CV3017 |
| v. | ) ) ) | |
| JOHN ASTERINO, etc., | ) ) | ORDER |
| Defendant. | ) ) | |

Michael C. Cox of the Koley Jessen law firm has entered his appearance as counsel for plaintiff.

IT THEREFORE HEREBY IS ORDERED,

The motion of Mark J. Peterson and Nora M. Kane to withdraw as counsel for plaintiff, filing 35, is granted.

DATED this 2nd day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge