IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHIEF AUTOMOTIVE SYSTEMS, INC., | ) ) ) | 4:97CV3017 |
| Plaintiff, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| JOHN ASTERINO d/b/a N.E. HOLDING CORP., a/k/a JOHN ASTERINO d/b/a NE BANKCO HOLDING CORP., | ) ) ) ) ) | |
| Defendant. | ) | |

Chief Automotive Systems, Inc. ("Chief") submitted a motion for entry of judgment on this court's prior finding that John Asterino was in contempt of the Consent Judgment entered in this matter in 1997. It also filed a brief and index of evidence. Those filed documents clearly indicated the nature of the judgment which Chief sought to be entered. At the same time it electronically filed the motion, brief and index, Chief emailed a proposed judgment directly to my chambers. For clarity of the record, I will direct the Clerk of Court to file that proposed judgment in the CM/ECF system.

IT IS ORDERED that the Clerk of Court shall file the attached proposed judgment submitted by Chief in the CM/ECF system.

January 11, 2008.                               BY THE COURT:

                                                *s/Richard G. Kopf*
                                                United States District Judge